ORIGINAL

The Honorable William L. Dwyer

FILED ___ ENTERED
LODGED ___ RECEIVED
SEP 7 1999 JK
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                            DEPUTY

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED
SEP 1 4 1999
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                            DEPUTY

CC: TO JUDGE JK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F&G SCROLLING MOUSE, L.L.C., )
FERNANDO FALCON, and FEDERICO )   Case No. C99-995WD
GILLIGAN, )
 )                                ORDER DENYING KEY TRONIC
              Plaintiff, )        CORPORATION'S MOTION FOR A
 )                                MORE DEFINITE STATEMENT AND
       v. )                       MOTION TO DISMISS AMENDED
 )                                COMPLAINT
MICROSOFT CORP.; HONEYWELL, INC.,)
and KEY TRONIC CORPORATION, )     [Proposed]
 )
              Defendants. )
 )

This matter came before the Court on Defendants' Motion for a More Definite Statement and Motion to Dismiss Amended Complaint. Having reviewed the file and the pleadings and papers submitted to date, the Court finds and rules as follows:

Defendant Key Tronic Corporation's Motion for a More Definite Statement and Motion to Dismiss Amended Complaint is hereby DENIED. Additionally, Plaintiff's unfair competition claim is dismissed, without prejudice.

ORDER DENYING KEY TRONIC CORP.'S MOTION
FOR A MORE DEFINITE STATEMENT AND
MOTION TO DISMISS AMENDED COMPLAINT - 1

SUMMIT LAW GROUP PLLC
300 WEST LAKE UNION CENTER
1505 WESTLAKE AVENUE NORTH
SEATTLE, WASHINGTON 98109-3050
Telephone (206) 676-7000
Fax (206) 676-7001

115

1 | DATED this 14th day of September, 1999.

2

3

4 | UNITED STATES DISTRICT JUDGE

5 | Presented by:

6 | SUMMIT LAW GROUP PLLC

7

8 | By
9 | Ralph H. Palumbo, WSBA No. 04751
 | Philip S. McCune, WSBA No. 21081
10 | Lawrence C. Locker, WSBA No. 15819

11 | Raymond P. Niro
 | Richard B. Megley, Jr.
12 | Gregory P. Casimer
 | Michael P. Mazza
13 | Niro, Scavone, Haller & Niro
 | 181 West Madison Street, Suite 4600
14 | Chicago, IL 60602-4515
 | Tel: (312) 236-0733
15

16 | Attorneys for Plaintiff F&G Scrolling Mouse, L.L.C.

---

ORDER DENYING KEY TRONIC CORP.'S MOTION
FOR A MORE DEFINITE STATEMENT AND
MOTION TO DISMISS AMENDED COMPLAINT - 2

SUMMIT LAW GROUP PLLC
300 WEST LAKE UNION CENTER
1505 WESTLAKE AVENUE NORTH
SEATTLE, WASHINGTON 98109-3050
Telephone (206) 676-7000
Fax (206) 676-7001