The Honorable William L. Dwyer

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 17 1999  JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ENTERED _____ RECEIVED
FILED _____ LODGED

SEP 20 1999  CC: TO JUDGE ___ JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| F&G SCROLLING MOUSE, L.L.C., FERNANDO FALCON, and FEDERICO GILLIGAN, | ) ) ) ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| MICROSOFT CORP.; HONEYWELL, INC., and KEY TRONIC CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

Case No. C99-995WD

STIPULATION AND ORDER TO AMEND COMPLAINT

### STIPULATION

The parties, by their undersigned counsel, stipulate and consent to the filing of Plaintiffs' Second Amended Complaint. The parties agree that the Defendants' consent shall not operate as a waiver or other preclusion of, and shall be without prejudice to, Defendants' ability to assert or otherwise make use of matters contained in the original Complaint and the Amended Complaint, for any purpose, to the extent permitted by the Federal Rules of Evidence.

STIPULATION AND ORDER TO AMEND
COMPLAINT - 1

117

DATED this 17th day of September, 1999.

SUMMIT LAW GROUP PLLC

By _____

Philip S. McCune, WSBA No. 21081
1505 Westlake Avenue North, Suite 300
Seattle, Washington  98109-3050
(206) 676-7000

Raymond P. Niro
Paul K. Vickrey
Michael P. Mazza
Richard B. Megley, Jr.
Gregory P. Casimer
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois  60602-4515
(312) 236-0733

Attorneys for Plaintiffs

PRESTON GATES & ELLIS, L.L.P

By _____/S/ per written authorization_____

Kirk A. Dublin, WSBA No. 05980
5000 Columbia Seafirst Center
701 Fifth Avenue
Seattle, Washington  98104-7078

Attorneys for Defendant Microsoft
Corporation

PERKINS COIE L.L.P.

By _____/S/ per written authorization_____

Taraneh Maghamé, WSBA No. 19939
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099

Attorneys for Defendants Key Tronic
Corporation

STIPULATION AND ORDER TO AMEND
COMPLAINT - 2

1

2          HALLELAND LEWIS NILAN SIPKINS &
           JOHNSON, P.A.
3

4          By ___/s/ per written authorization___
              David T. Schultz
5             Pillsbury Center South, Suite 600
              220 South Sixth Street
6             Minneapolis, MN  55402-4501

7          Attorneys for Defendants Honeywell, Inc.

8                        **ORDER**

9          Pursuant to the foregoing Stipulation, it is hereby ORDERED that Plaintiffs are granted

10    leave to file their Second Amended Complaint.

11         Dated this 20th day of ____Sept.____, 1999.

12

13

14    _____
      THE HONORABLE WILLIAM L. DWYER
15    UNITED STATES DISTRICT JUDGE

16

17    Presented by:

18    SUMMIT LAW GROUP PLLC

19

20    By _____
          Philip S. McCune, WSBA No. 21081
21
          Attorneys for Plaintiffs
22

23

24

25

STIPULATION AND ORDER TO AMEND
COMPLAINT - 3

1

Approved as to form; notice of presentation

2    waived:

3    PRESTON GATES & ELLIS, L.L.P

4

5    By   /s/ per with authorization
         Kirk A. Dublin, WSBA No. 05980

6

     Attorneys for Defendant Microsoft Corporation

7    PERKINS COIE L.L.P.

8

9    By   /s/ per with authorization
         Taraneh Maghamé, WSBA No. 19939

10

     Attorneys for Defendant Key Tronic Corporation

11

     HALLELAND LEWIS NILAN SIPKINS &
12   JOHNSON, P.A.

13

14   By   /s/ per with authorization
         David T. Schultz

15

     Attorneys for Defendant Honeywell, Inc.

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER TO AMEND
COMPLAINT - 4