The Honorable John C. Coughenour

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| F&G SCROLLING MOUSE, L.L.C., FERNANDO FALCON, and FEDERICO GILLIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORP.; HONEYWELL, INC., and KEY TRONIC CORPORATION, <br><br> Defendants. | CASE NO. C99-995C <br><br> STIPULATION AND ORDER TO EXTEND DISCOVERY |

## STIPULATION

It is hereby stipulated and agreed by and between the parties, acting through their counsel, that:

1. The date for completing limited discovery needed before ADR proceeding occurs is extended from November 12, 1999, to and including November 24, 1999.

2. No other deadlines specified in the Court's Order Setting Trial and Related Dates are affected by this change.

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 1

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733

DATED this 8TH day of November, 1999.

Respectfully submitted,

By /s/ _____
Philip S. McCune, WSBA #21081
Lawrence C. Locker, WSBA #15819
SUMMIT LAW GROUP PLLC
1505 Westlake Avenue North, Suite 300
Seattle, Washington 98109-3050
(206) 676-7000

Raymond P. Niro
Paul K. Vickrey
Michael P. Mazza
Richard B. Megley, Jr.
Gregory P. Casimer
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733

Attorneys for Plaintiff F&G Scrolling Mouse, L.L.C.

PRESTON GATES & ELLIS, L.L.P.
Attorneys for Defendant Microsoft Corporation


By _____
Kirk A. Dublin, WSBA #05980
Sunny C. Kim, WSBA #27527

PERKINS COIE, L.L.P.
Attorneys for Defendant Key Tronic Corporation


By /s/ ___ for T. Maghamé Per Tel. Authoriz on 11/8/99
Jerry A. Riedinger, WSBA #25828
Taraneh Maghamé, WSBA #19939

DATED this 8th day of November, 1999.

Respectfully submitted,

_____
Philip S. McCune, WSBA #21081
Lawrence C. Locker, WSBA #15819
SUMMIT LAW GROUP PLLC
1505 Westlake Avenue North, Suite 300
Seattle, Washington 98109-3050
(206) 676-7000

Raymond P. Niro
Paul K. Vickrey
Michael P. Mazza
Richard B. Megley, Jr.
Gregory P. Casimer
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733

Attorneys for Plaintiff F&G Scrolling Mouse, L.L.C.

PRESTON GATES & ELLIS, L.L.P.
Attorneys for Defendant Microsoft Corporation

By _____
Kirk A. Dublin, WSBA #05980
Sunny C. Kim, WSBA #27527

PERKINS COIE, L.L.P.
Attorneys for Defendant Key Tronic Corporation

By _____
Jerry A. Riedinger, WSBA #25828
Taraneh Maghamé, WSBA #19939

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 2

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733

|   |   |
|---|---|
| 1 | |
| 2 | CORR CRONIN, L.L.P.<br>Attorneys for Defendant Honeywell, Inc. |

By _____
  Kelly P. Corr, WSBA #00555
  William D. Fisher, WSBA #27475

### ORDER

Pursuant to the foregoing, the Stipulation to Extend Discovery is hereby GRANTED.

Dated this ___9___ day of ___Nov___, 1999.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff F&G Scrolling Mouse,
L.L.C, Fernando Falcon and Federico Gilligan

By _____
  Philip S. McCune, WSBA #21081
  Lawrence C. Locker, WSBA #15819

Approved as to form; notice of presentation waived:

PRESTON GATES & ELLIS, L.L.P
Attorneys for Defendant Microsoft Corporation

By _____
  Kirk A. Dublin, WSBA #05980
  Sunny C. Kim, WSBA #27527

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 3

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733

CORR CRONIN, L.L.P.
Attorneys for Defendant Honeywell, Inc.

By _William D. Fisher_____
Kelly P. Corr, WSBA #00555
William D. Fisher, WSBA #27475

**ORDER**

Pursuant to the foregoing, the Stipulation to Extend Discovery is hereby GRANTED.

Dated this _____ day of _____, 1999.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff F&G Scrolling Mouse,
L.L.C, Fernando Falcon and Federico Gilligan

By _____
Philip S. McCune, WSBA #21081
Lawrence C. Locker, WSBA #15819

Approved as to form; notice of presentation waived:

PRESTON GATES & ELLIS, L.L.P
Attorneys for Defendant Microsoft Corporation

By _____
Kirk A. Dublin, WSBA #05980
Sunny C. Kim, WSBA #27527

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 3

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733

1

2  PERKINS COIE L.L.P.
   Attorneys for Defendant Key Tronic Corporation

3

4  By _____ For T. Maghamé by Tel. Authorization
       Jerry A. Riedinger, WSBA #25828                11/6/99
5      Taraneh Maghamé, WSBA No. 19939

6  CORR CRONIN L.L.P
   Attorneys for Defendant Honeywell, Inc.
7

8
   By _____
9      Kelly P. Corr, WSBA #00555
       William D. Fisher, WSBA #27475

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 4

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733

CORR CRONIN, L.L.P.
Attorneys for Defendant Honeywell, Inc.

By _____
Kelly P. Corr, WSBA #00555
William D. Fisher, WSBA #27475

## ORDER

Pursuant to the foregoing, the Stipulation to Extend Discovery is hereby GRANTED.

Dated this _____ day of _____, 1999.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

SUMMIT LAW GROUP PLLC
Attorneys for Plaintiff F&G Scrolling Mouse,
L.L.C, Fernando Falcon and Federico Gilligan

By _____
Philip S. McCune, WSBA #21081
Lawrence C. Locker, WSBA #15819

Approved as to form; notice of presentation waived:

PRESTON GATES & ELLIS, L.L.P
Attorneys for Defendant Microsoft Corporation

By _____
Kirk A. Dublin, WSBA #05980
Sunny C. Kim, WSBA #27527

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 3

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733

PERKINS COIE L.L.P.
Attorneys for Defendant Key Tronic Corporation

By _____
  Jerry A. Riedinger, WSBA #25828
  Taraneh Maghamé, WSBA No. 19939

CORR CRONIN L.L.P
Attorneys for Defendant Honeywell, Inc.

By *William D. Fisher* (signature)
  Kelly P. Corr, WSBA #00555
  William D. Fisher, WSBA #27475

STIPULATION AND ORDER TO EXTEND
DISCOVERY - 4

NIRO, SCAVONE, HALLER & NIRO
181 WEST MADISON STREET, #4600
CHICAGO, ILLINOIS 60602
(312) 236-0733