```
         FILED          ENTERED
         LODGED         RECEIVED

         DEC 20 2001

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
                           DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F&G SCROLLING MOUSE, L.L.C., FERNANDO FALCON, and FEDERICO GILLIGAN,<br><br>Plaintiff,<br><br>v.<br><br>KEY TRONIC CORPORATION,<br><br>Defendant. | CASE NO. C99-995C<br><br>VERDICT FORM |

We, the jury, unanimously make the following answers to the questions submitted by the Court:

1. Have Fernando Falcon, Federico Gilligan and F&G Scrolling Mouse (collectively "F&G") proved by a preponderance of the evidence that Key Tronic misappropriated F&G's trade secrets?

Yes __X__     No _____

CV 99-00995 #00000372

VERDICT FORM – 1

2. Has F&G proved by a preponderance of the evidence that Key Tronic breached its contract with F&G with respect to keeping F&G's trade secrets confidential?

Yes __X__     No _____

*If the answer to either Question No. 1 or Question No. 2 is "Yes," please continue to answer Question No. 3. If your answer to both Question No. 1 and Question No. 2 is "No," the Presiding Juror shall sign, date and return this Verdict Form.*

3. What amount of damages is F&G entitled to receive?

$ 16,500,000.00 ~~[struck through]~~

*If you answered "Yes" to Question No. 1 and you awarded F&G damages based on misappropriation of trade secrets in Question No. 3, please continue to answer Question No. 4.*

4. Was Key Tronic's misappropriation of F&G's trade secrets willful and malicious?

Yes _____     No __X__

*If you answered "No" to Question No. 4, please sign and return this verdict form. If you answered "Yes" to Question No. 4, please continue to Question No. 5.*

VERDICT FORM – 2

5. What amount of the damages in Question No. 3 did you award for misappropriation of trade secrets?

$ _____

Signed and dated: this 20th day of December, 2001

*Jamar D Bailey*
Presiding Juror

VERDICT FORM – 3